FILED
CLERK, U.S. DISTRICT COURT

9/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11    DERRICK LANE JOHNSON,           )   Case No. CV 15-0031-CJC (KES)
                                      )
12                  Petitioner,       )
                                      )
13          vs.                       )   ORDER ACCEPTING FINDINGS AND
                                      )   RECOMMENDATIONS OF UNITED
14    WARDEN,                         )   STATES MAGISTRATE JUDGE
                                      )
15                  Respondent.       )
                                      )
16    _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18    records on file herein, and the Report and Recommendation of the United States

19    Magistrate Judge. No Objections to the Report and Recommendation were filed. The

20    Court accepts the findings and recommendations of the Magistrate Judge.

21          IT THEREFORE IS ORDERED that Judgment be entered dismissing the

22    Petition without prejudice.

23

24    DATED: September 15, 2015

25

26                                        _____
27                                        CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE
28

1