FILED
CLERK, U.S. DISTRICT COURT

9/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

# JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DERRICK LANE JOHNSON,                )   Case No. CV 15-0031- CJC (KES)
                                     )
              Petitioner,            )
        vs.                          )   **JUDGMENT**
                                     )
Warden,                              )
                                     )
              Respondent.            )
                                     )
_____    )

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED:  September 15, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1